## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOHN C. WELDON,

    Plaintiff(s),

v.                                   Case No: 8:05-cv-2074-T-26TGW

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant(s).
_____/

## **O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas Wilson (Dkt. 18) recommending that the decision of the Defendant Commissioner be **reversed and remanded**. The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects because the Court is satisfied there is no clear error on the face of the record, specifically those parts of the record cited by the

Magistrate Judge in support of his decision, precluding acceptance of the recommendation.  See Macort v. Prem, Inc., 2006 WL 343734 *2 (11th Cir. 2006).

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The decision of the Defendant Commissioner is reversed and remanded.

3) The clerk is directed to enter judgment in favor of the Plaintiff.

4) The clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on February 20, 2007.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record