# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOHN C. WELDON,**

                        **Plaintiff,**

**-vs-**                                            **Case No.  8:05-cv-2074-T-26TGW**

**COMMISSIONER OF SOCIAL SECURITY,**

                        **Defendant.**

_____/

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**    This action came before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the Plaintiff, John C. Weldon.


Date:   February 21, 2007

                                                SHERYL L. LOESCH, CLERK

                                                By:_/s/C. Ayers_____
                                                    C. Ayers, Deputy Clerk


Copies furnished to:

Counsel of Record
Unrepresented Parties